# EXHIBIT 1



**GEMINI REAL ESTATE ADVISORS**

6/16/2014