# EXHIBIT 5

We need a global real estate cash flow.

Thanks,
Mak

---

**From:** Chandra Burgher
**Sent:** Thursday, August 07, 2014 2:44 PM
**To:** Mary Ann Lawrence
**Subject:** Riverside Crossing

Hi Mak,

I have reviewed both overviews on the project – Gemini's and Capital's – neither of them address the specifics of the equity piece that I can find so we still need to get information to complete the sentence below.

The borrowing entity, Riverside Crossing, LLC, will be a single asset entity owned by Christopher La Mack and Dante Massaro, they will be selling ___% to raise equity with investors.

I also have not seen any information on NOI or annually debt repayment requirements.  Even the audited financial statement does not list actual $$ payable.  The consolidated statement is not very detailed and the subsidiaries listed for Gemini Real Estate Advisors, LLC does not align with the Bank Account Summary provided to us with various "Gemini" funds and development holdings.  Do you know if everything on that list has the same ownership structure as Gemini Real Estate Advisors, LLC?

Let me know, thanks.
**Chandra Burgher | Commercial Lending | cburgher@AshevilleSavingsBank.com**
Credit Review Officer, NMLS 932425
828.250.8474 | fax: 828.250.8481
**Asheville Savings Bank**
*Let's Make It Happen*
11 Church Street | Asheville, NC 28801
www.AshevilleSavingsBank.com



**Disclaimer**
The information in this email and any attachments may contain proprietary and confidential information that is intended for the addressee(s) only. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this information is prohibited. When addressed to our clients or vendors, any information contained in this e-mail or any attachments is subject to the terms and conditions in any governing contract. If you have received this e-mail in error, please immediately contact the sender and delete the e-mail.