# EXHIBIT 6

| | |
|---|---|
| From: | Mary Ann Lawrence |
| To: | Garrett Giusti |
| Cc: | Chandra Burgher; Dante Massaro; Chris La Mack |
| Subject: | RE: Riverside Crossing |
| Date: | Thursday, August 07, 2014 4:16:46 PM |
| Attachments: | image001.jpg |
| | image002.jpg |

OK- I thought Obeid was not going to be part of this deal. Thanks

**From:** Garrett Giusti [mailto:GGiusti@gemini-re.com]
**Sent:** Thursday, August 07, 2014 4:14 PM
**To:** Mary Ann Lawrence
**Cc:** Chandra Burgher; Dante Massaro; Chris La Mack
**Subject:** RE: Riverside Crossing

Mak: Here is a blurb on Riverside Crossing, LLC.  Riverside Crossing, LLC will be a newly formed Delaware LLC with Gemini Real Estate Advisors, LLC (GREA) as its initial and sole member.  GREA is a Delaware LLC owned by Chris, Dante and Will Obeid equally.  At closing, Riverside Crossing, LLC may have other members – all of which will be managed and controlled by GREA.  These additional members would be some combination of a Gemini fund or Gemini Real Estate Partners (our REIT-like fund).  While we don't need an outside investor, we may partner with one and will disclose any such partnership if it happens.

As for the global cash flow.  I have passed that question onto Dante to provide some additional insight.

**Garrett Giusti**
**Analyst**
**Gemini Property Management, LLC**
**16740 Birkdale Commons Parkway, Suite 306**
**Huntersville, NC  28078**

T: 704-895-7845 x132
F: 704-895-7846
E:  ggiusti@gemini-re.com



**From:** Mary Ann Lawrence [mailto:mlawrence@ashevillesavingsbank.com]
**Sent:** Thursday, August 07, 2014 2:51 PM
**To:** Garrett Giusti
**Cc:** Chandra Burgher
**Subject:** RE: Riverside Crossing

Garrett could you please provide the information requested below?