# EXHIBIT

# 8

**Capital Needs - Gemini**

**August-14**

| | Project Description | |
|---|---|---|
| **No.** | **Project** | |
| 1 | DST Fund 1 | |
| | | |
| **Lowe's Greenville Market** | | |
| 3 | Lowe's - Hammet Bridge | |
| 4 | Lowe's - Lee Vaughn | |
| 5 | Lowe's - Verde | |
| 6 | Lowe's - Woodruff & Highway 14 | |
| **Lowe's Charlotte** | | |
| 7 | Lowe's - Mooresville Site 1 | |
| 8 | Lowe's - West Catawba | |
| **Lowe's Roanoke, Va** | | |
| 9 | Lowe's 2-3 additional sites | |
| **Development Proposals** | | |
| 10 | Statesville Mall Redeveopment | |
| 11 | Wal-Mart - Lake City, FL | |
| 12 | Wal-Mart - St. Augustine | |
| 13 | Whole Foods - Myrtle Beach | |
| 14 | Wegmans - Cary, NC | |
| **Acquisitions** | | |
| 15 | 2015 - 250k SF Retail | |
| 16 | 2016 - 500k SF Retail | |
| 17 | 2017- 750k SF Retail | |
| | **Totals** | |

**NOTES:**