<u>EXHIBIT B</u>

Gemini Real Estate Advisors
New York Portfolio
*Bryant Park Development Site*
*Best Western Seaport Acquisition & Redevelopment*

**Confidential Broker's Opinion of Value**

Presented to:



by:



October, 2014

# TABLE OF CONTENTS

I.   EXECUTIVE SUMMARY                                     3

II.  VALUATION ANALYSIS: BRYANT PARK SITE                  6

III. VALUATION ANALYSIS: BEST WESTERN SEAPORT              15

IV.  COMPARABLE MANHATTAN HOTEL TRANSACTIONS               23

V.   SALES PROCESS AND DEAL TEAM OVERVIEW                  25

VI.  ROBERTDOUGLAS: INTRODUCTION & QUALIFICATIONS          28





I.    EXECUTIVE SUMMARY

# EXECUTIVE SUMMARY

## TOP TIER MARKET. UNCAPPED POTENTIAL.

**EXTREMELY BROAD APPEAL → MAXIMUM COMPETITION**

- *First Class Location:* Manhattan is one of the world's strongest and most highly sought after hotel markets. Investors need no introduction to the story:
  - **Myriad demand drivers + international investor appeal = premium valuation**

- *Assets Unencumbered by Brand or Management:* The Gemini portfolio offers investors, brands, and operators a rare opportunity to expand their presence in the nation's top lodging market, an element that will *draw in the maximum number of bidders to the investment sale process*.

- *Portfolio Effect Could Drive Substantial Upside to Valuation:* Sold as a package deal, the development sites offer strategic buyers a unique opportunity to immediately build or expand a boutique lifestyle hotel brand in the nation's most desirable market.

- *Multiple Viable Business Plans*: *Broader appeal = more competition.* Affiliate with or acquire the Jade and "Jade" brand; acquire to expand an existing brand's footprint; redevelop for third party management; redevelop for alternative non-hotel use. Comparably located developable sites with this degree of flexibility are scarce.







# VALUE CONCLUSIONS

Based on our analysis and perspective on the current environment for Manhattan hotel development transactions, we conclude that the market value of the combined portfolio of Gemini development assets is approximately **$52-55 million**. Our primary methodology for this valuation is the income approach, with projections underwritten to levered returns at the ~20% mark, with a secondary reliance on a review of comparable transactions. Our opinion of value conclusions are summarized in the tables below:

**Bryant Park**

| | Market Value | Capex | Total Basis | 2014 Forecast Cap Rate | Residual Cap Rate | Gross Residual Value | Unlevered IRR | Levered IRR |
|---|---|---|---|---|---|---|---|---|
| *Aggregate* | **19,500,000** | 45,070,400 | 65,252,900 | | | 103,756,485 | | |
| *Per Key* | **171,053** | 395,354 | 572,394 | n/a | 6.0% | 910,145 | 12.7% | 20.2% |
| *Per GSF\** | **449** | 850 | 1,231 | | | 1,957 | | |

*\*"Market Value" sf based on FAR square feet. "Capex" and "Total Basis" sf based on gross buildable square footage including cellar and rooftop space*

**Seaport**

| | Market Value | Capex | Total Basis | 2014 Forecast Cap Rate | Residual Cap Rate | Gross Residual Value | Unlevered IRR | Levered IRR |
|---|---|---|---|---|---|---|---|---|
| *Aggregate* | **34,250,000** | 5,400,000 | 40,335,000 | 6.0% | 7.0% | 49,583,471 | 9.7% | 19.7% |
| *Per Key* | **475,694** | 75,000 | 560,208 | | | 688,659 | | |

**Combined Valuation**

| |
|---|
| **53,750,000** |





## II.   VALUATION ANALYSIS: BRYANT PARK

# BRYANT PARK SITE: 34-36 W 38TH STREET

## VALUATION STORY: LOCATION, TIMING, UPSIDE

The Bryant Park development project is a highly attractive real estate asset with multiple compelling value drivers:



- **Prime Bryant Park Location**
- **Emerging 38th St Boutique Hotel 'Corridor'**
- **Unencumbered by Brand & Management**
- **Potential Alternate Uses**
- **Broad Investor Universe**

Prospective buyers will regard this project as a rare opportunity to own a fully-entitled midtown Manhattan development site in a trendy and up-and-coming submarket. We believe a well-managed investment sale process will attract a tremendous degree of interest from hoteliers looking to expand their footprint in one of the most profitable lodging markets in the world.

**Site Location:** 34-36 W 38th Street (adjacent mid-block lots between 5th and 6th Avenues)
**Combined Lot Size:** 4,345 sf
**Buildable FAR Square Feet:** 43,450 sf
**Proposed Key Count:** 114





# BRYANT PARK: VALUATION

## KEY ASSUMPTIONS TO THE PRO FORMA

- **General**
  - We assume closing occurs on December 31, 2014, with the new owner assuming control of the asset on January 1, 2015
  - Construction is expected to take 24 months, with the Property opening January 1, 2017
  - We have modeled a 7-yr hold period
  - We assume a 'next owner' business plan conceptually similar to the Jade project (i.e. development of a boutique independent hotel)

- **Development Costs**
  - Total development costs incurred by new owner of $37.3m, or $850 per buildable square foot. We assume these costs are spread evenly over a two-year development program

- **Penetration Analysis**
  - We assume the property will compete with a broad set of boutique 'lifestyle' properties in the Bryant Park district. We assume the new hotel stabilizes quickly after opening, reaching occupancy and ADR penetrations of 104% and 90%, respectively, in 2019, yielding a stabilized RevPAR penetration of 98.8%

- **Pro Forma P&L Projections**
  - Rooms department expenses of $90 Per Occupied Room ("POR")
  - Stabilized F&B revenue and margins of $90 POR and 15%, respectively
  - Undistributed and Fixed Expense assumptions are based on costs incurred by comparable properties
  - Management Fees and FF&E Reserve have been forecast at 4% and 3%, respectively, of total , which we consider to be reasonable for an independent upper-upscale property of this nature
  - Insurance and Property Taxes have been forecast based on guidance from Gemini and the performance of comparable hotels

- **Debt**
  - We assume the sponsor secures delayed-draw style development financing at a 65% LTC, with pricing fixed at 3.5% on an I/O basis. In addition to standard carve outs, the loan would also include completion and repayment guarantees
  - The analysis assumes the construction loan is refinanced in December 2019 with a 4.5% term facility amortizing over a 30 year schedule, with proceeds sized off a 10% debt yield on trailing-12-month cashflow at the time of the loan closing

 

# BRYANT PARK: VALUATION

## PENETRATION ANALYSIS

| | Actual 2008 | Actual 2009 | Actual 2010 | Actual 2011 | Actual 2012 | Actual 2013 | Proj. 2014 | Proj. 2015 | Proj. 2016 | Proj. 2017 | Proj. 2018 | Proj. 2019 | Proj. 2020 | Proj. 2021 | Proj. 2022 | Proj. 2023 | Proj. 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMPETITIVE SET** | | | | | | | | | | | | | | | | | |
| Jade Hotel Bryant Park | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 |
| Competitive Properties | 767 | 796 | 943 | 943 | 1,070 | 1,243 | 1,429 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 |
| Total Comp Set Supply | 767 | 796 | 943 | 943 | 1,070 | 1,243 | 1,429 | 1,488 | 1,488 | 1,602 | 1,602 | 1,602 | 1,602 | 1,602 | 1,602 | 1,602 | 1,602 |
| Available Rooms | 279,955 | 290,691 | 344,195 | 344,195 | 390,395 | 453,780 | 521,520 | 543,120 | 543,120 | 584,730 | 584,730 | 584,730 | 584,730 | 584,730 | 584,730 | 584,730 | 584,730 |
| % Chg in Supply | 0.0% | 3.8% | 18.4% | 0.0% | 13.4% | 16.2% | 14.9% | 4.1% | 0.0% | 7.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Comp Set Occupancy | 83.2% | 80.6% | 84.2% | 82.6% | 81.3% | 82.7% | 85.6% | 86.0% | 86.0% | 86.0% | 86.0% | 86.0% | 86.0% | 86.0% | 86.0% | 86.0% | 86.0% |
| Total Occupied Rooms | 232,922 | 234,381 | 289,712 | 284,292 | 317,363 | 375,110 | 446,194 | 466,998 | 466,998 | 502,776 | 502,776 | 502,776 | 502,776 | 502,776 | 502,776 | 502,776 | 502,776 |
| % Chg in Demand | 0.6% | 23.6% | (1.9%) | 11.6% | 18.2% | 3.5% | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Comp Set ADR | $364.56 | $268.67 | $278.36 | $291.87 | $304.20 | $320.51 | $326.92 | $339.99 | $356.99 | $367.70 | $378.74 | $390.10 | $401.80 | $413.85 | $426.27 | $439.06 | $452.23 |
| % Chg in ADR | | (26.3%) | 3.6% | 4.9% | 4.2% | 5.4% | 2.0% | 4.0% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Comp Set RevPAR | $303.31 | $216.63 | $234.30 | $241.07 | $247.29 | $264.94 | $279.70 | $292.34 | $306.96 | $316.17 | $325.65 | $335.42 | $345.49 | $355.85 | $366.53 | $377.52 | $388.85 |
| % Chg in RevPAR | | (28.6%) | 8.2% | 2.9% | 2.6% | 7.1% | 5.6% | 4.5% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Property Occupancy | - | - | - | - | - | - | - | - | - | 73.1% | 81.7% | 89.4% | 89.4% | 89.4% | 89.4% | 89.4% | 89.4% |
| Penetration | - | - | - | - | - | - | - | - | - | 85.0% | 95.0% | 104.0% | 104.0% | 104.0% | 104.0% | 104.0% | 104.0% |
| Property ADR | - | - | - | - | - | - | - | - | - | $294.16 | $359.80 | $370.59 | $381.71 | $393.16 | $404.96 | $417.11 | $429.62 |
| Penetration | - | - | - | - | - | - | - | - | - | 80.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% |
| % Chg in ADR | | | | | | | | | | | 22.3% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Property RevPAR | - | - | - | - | - | - | - | - | - | $214.99 | $293.90 | $331.40 | $341.34 | $351.58 | $362.13 | $372.99 | $384.18 |
| Penetration | - | - | - | - | - | - | - | - | - | 68.0% | 90.3% | 98.8% | 98.8% | 98.8% | 98.8% | 98.8% | 98.8% |
| % Chg in RevPAR | | | | | | | | | | | 36.7% | 12.8% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |

| COMPETITIVE PROPERTIES | | |
|---|---|---|
| **Name** | **Rooms** | **Year Opened** |
| Morgans Hotel | 117 | 1985 |
| Kitano Hotel | 149 | 1972 |
| Kimpton 70 Park Ave | 205 | 1929 |
| Bryant Park Hotel | 128 | 2001 |
| The Strand | 176 | 2009 |
| Royalton Hotel | 168 | 1988 |
| Refinery Hotel | 197 | 2013 |
| The Nomad Hotel | 168 | 2012 |
| Archer Hotel | 180 | 2014 |



# BRYANT PARK: VALUATION

## PRO FORMA CASH FLOWS

| ($ in thousands) | Proforma 2017 | | | | Proforma 2018 | | | | Proforma 2019 | | | | Proforma 2020 | | | | Proforma 2021 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupancy | 73.1% | | | | 81.7% | | | | 89.4% | | | | 89.4% | | | | 89.4% | | | |
| ADR | $ 294.16 | | | | $ 359.80 | | | | $ 370.59 | | | | $ 381.71 | | | | $ 393.16 | | | |
| % Change | n/a | | | | 22.3% | | | | 3.0% | | | | 3.0% | | | | 3.0% | | | |
| RevPAR | $ 214.99 | | | | $ 293.90 | | | | $ 331.40 | | | | $ 341.34 | | | | $ 351.58 | | | |
| % Change | n/a | | | | 36.7% | | | | 12.8% | | | | 3.0% | | | | 3.0% | | | |
| | $ | % | POR | PAR | $ | % | POR | PAR | $ | % | POR | PAR | $ | % | POR | PAR | $ | % | POR | PAR |
| **Gross Revenue** | | | | | | | | | | | | | | | | | | | | |
| Rooms | 8,946 | 78.5% | 294.16 | 78,473 | 12,229 | 80.3% | 359.80 | 107,274 | 13,789 | 79.4% | 370.59 | 120,960 | 14,203 | 79.4% | 381.71 | 124,589 | 14,629 | 79.4% | 393.16 | 128,327 |
| Food & Beverage | 2,433 | 21.4% | 80.00 | 21,341 | 2,976 | 19.5% | 87.55 | 26,103 | 3,553 | 20.5% | 95.48 | 31,165 | 3,659 | 20.5% | 98.35 | 32,100 | 3,769 | 20.5% | 101.30 | 33,063 |
| Minor Ops & Other | 15 | 0.1% | 0.50 | 133 | 18 | 0.1% | 0.52 | 154 | 20 | 0.1% | 0.53 | 173 | 20 | 0.1% | 0.55 | 178 | 21 | 0.1% | 0.56 | 184 |
| **Total Gross Revenue** | 11,394 | 100.0% | 374.66 | 99,948 | 15,223 | 100.0% | 447.86 | 133,531 | 17,362 | 100.0% | 466.60 | 152,298 | 17,883 | 100.0% | 480.60 | 156,867 | 18,419 | 100.0% | 495.02 | 161,573 |
| **Departmental Expenses** | | | | | | | | | | | | | | | | | | | | |
| Rooms | 2,737 | 30.6% | 90.00 | 24,008 | 3,151 | 25.8% | 92.70 | 27,639 | 3,553 | 25.8% | 95.48 | 31,165 | 3,659 | 25.8% | 98.35 | 32,100 | 3,769 | 25.8% | 101.30 | 33,063 |
| Food & Beverage | 2,190 | 90.0% | 72.00 | 19,207 | 2,529 | 85.0% | 74.42 | 22,188 | 3,020 | 85.0% | 81.16 | 26,490 | 3,110 | 85.0% | 83.59 | 27,285 | 3,204 | 85.0% | 86.10 | 28,103 |
| Minor Ops & Other | 23 | 148.0% | 0.74 | 197 | 23 | 132.4% | 0.68 | 203 | 24 | 120.9% | 0.64 | 209 | 25 | 120.9% | 0.66 | 216 | 25 | 120.9% | 0.68 | 222 |
| **Total Departmental Expenses** | 4,949 | 43.4% | 162.74 | 43,414 | 5,703 | 37.5% | 167.80 | 50,029 | 6,596 | 38.0% | 177.28 | 57,864 | 6,794 | 38.0% | 182.60 | 59,600 | 6,998 | 38.0% | 188.08 | 61,388 |
| **Total Departmental Profit** | 6,445 | 56.6% | 211.92 | 56,534 | 9,519 | 62.5% | 280.06 | 83,501 | 10,765 | 62.0% | 289.32 | 94,434 | 11,088 | 62.0% | 298.00 | 97,267 | 11,421 | 62.0% | 306.94 | 100,185 |
| **Undistributed Expenses** | | | | | | | | | | | | | | | | | | | | |
| Administrative & General | 550 | 4.8% | 18.09 | 4,825 | 567 | 3.7% | 16.67 | 4,969 | 583 | 3.4% | 15.68 | 5,118 | 601 | 3.4% | 16.15 | 5,272 | 619 | 3.4% | 16.64 | 5,430 |
| Credit Card Commissions | 285 | 2.5% | 9.37 | 2,499 | 381 | 2.5% | 11.20 | 3,338 | 434 | 2.5% | 11.67 | 3,807 | 447 | 2.5% | 12.02 | 3,922 | 460 | 2.5% | 12.38 | 4,039 |
| Sales & Marketing | 825 | 7.2% | 27.13 | 7,237 | 850 | 5.6% | 25.00 | 7,454 | 875 | 5.0% | 23.52 | 7,678 | 901 | 5.0% | 24.23 | 7,908 | 929 | 5.0% | 24.95 | 8,145 |
| Property Operations & Maintenance | 370 | 3.2% | 12.17 | 3,246 | 381 | 2.5% | 11.20 | 3,343 | 393 | 2.3% | 10.55 | 3,443 | 404 | 2.3% | 10.87 | 3,547 | 416 | 2.3% | 11.19 | 3,653 |
| Utilities | 262 | 2.3% | 8.60 | 2,294 | 301 | 2.0% | 8.86 | 2,641 | 339 | 2.0% | 9.12 | 2,978 | 350 | 2.0% | 9.40 | 3,067 | 360 | 2.0% | 9.68 | 3,159 |
| **Total Undistributed Expenses** | 2,291 | 30.6% | 75.35 | 20,100 | 2,479 | 16.3% | 72.93 | 21,746 | 2,625 | 15.1% | 70.54 | 23,025 | 2,704 | 15.1% | 72.66 | 23,715 | 2,785 | 15.1% | 74.84 | 24,427 |
| **Gross Operating Profit** | 4,153 | 36.5% | 136.58 | 36,434 | 7,040 | 46.2% | 207.13 | 61,756 | 8,141 | 46.9% | 218.78 | 71,409 | 8,385 | 46.9% | 225.34 | 73,552 | 8,636 | 46.9% | 232.10 | 75,758 |
| Management Fees | 342 | 3.0% | 11.24 | 2,998 | 457 | 3.0% | 13.44 | 4,006 | 521 | 3.0% | 14.00 | 4,569 | 536 | 3.0% | 14.42 | 4,706 | 553 | 3.0% | 14.85 | 4,847 |
| **Income Before Fixed Expenses** | 3,812 | 33.5% | 125.34 | 33,436 | 6,583 | 43.2% | 193.69 | 57,750 | 7,620 | 43.9% | 204.78 | 66,840 | 7,848 | 43.9% | 210.93 | 68,846 | 8,084 | 43.9% | 217.25 | 70,911 |
| **Fixed Expenses** | | | | | | | | | | | | | | | | | | | | |
| Insurance | 96 | 0.8% | 3.16 | 842 | 99 | 0.6% | 2.91 | 867 | 102 | 0.6% | 2.74 | 893 | 105 | 0.6% | 2.82 | 920 | 108 | 0.6% | 2.90 | 948 |
| Taxes | 901 | 7.9% | 29.61 | 7,900 | 928 | 6.1% | 27.29 | 8,137 | 955 | 5.5% | 25.68 | 8,381 | 984 | 5.5% | 26.45 | 8,633 | 1,014 | 5.5% | 27.24 | 8,892 |
| **Total Fixed Expenses** | 997 | 8.7% | 32.77 | 8,742 | 1,026 | 6.7% | 30.20 | 9,004 | 1,057 | 6.1% | 28.41 | 9,274 | 1,089 | 6.1% | 29.27 | 9,553 | 1,122 | 6.1% | 30.15 | 9,839 |
| **EBITDA** | 2,815 | 24.7% | 92.57 | 24,694 | 5,557 | 36.5% | 163.49 | 48,746 | 6,563 | 37.8% | 176.37 | 57,566 | 6,759 | 37.8% | 181.66 | 59,293 | 6,962 | 37.8% | 187.08 | 61,072 |
| FF&E Reserve | 228 | 2.0% | 7.49 | 1,999 | 457 | 3.0% | 13.44 | 4,006 | 694 | 4.0% | 18.66 | 6,092 | 715 | 4.0% | 19.22 | 6,275 | 737 | 4.0% | 19.80 | 6,463 |
| **Net Operating Income** | 2,587 | 22.7% | 85.07 | 22,695 | 5,100 | 33.5% | 150.06 | 44,740 | 5,868 | 33.8% | 157.70 | 51,474 | 6,044 | 33.8% | 162.43 | 53,018 | 6,225 | 33.8% | 167.31 | 54,609 |

 

# BRYANT PARK: VALUATION

## DISCOUNTED CASH FLOWS

### Bryant Park Development Site, New York, NY
Discounted Cash Flow Analysis

| Acquisition Assumptions | | | Per Key |
|---|---|---|---|
| Sale Value | | 19,500,000 | 171,053 |
| Closing Costs | 3.5% | 682,500 | 5,987 |
| CapEx/PIP | | 45,070,400 | 395,354 |
| Net Value | | 65,252,900 | 572,394 |
| **Disposition Assumptions** | | | **Per Key** |
| Exit Cap Rate | | 6.0% | |
| Exit Year | | Year 7 | |
| Exit Year NOI | | 6,225,389 | |
| Gross Sales Proceeds | | 103,756,485 | 910,145 |
| Less: Sales Costs | 2.0% | (2,075,130) | |
| Net Sales Proceeds | | 101,681,355 | 891,942 |

| | | Cap Rate | | | EBITDA Multiple | |
|---|---|---|---|---|---|---|
| | NOI | Purchase Price | Total Investment | EBITDA | Purchase Price | Total Basis |
| Proforma Year 1 | - | - | - | - | - | - |
| Proforma Year 2 | - | - | - | - | - | - |
| Proforma Year 3 | 2,587,194 | 13.3% | 4.0% | 2,815,074 | 6.9x | 23.2x |
| Proforma Year 4 | 5,100,314 | 26.2% | 7.8% | 5,556,990 | 3.5x | 11.7x |
| Proforma Year 5 | 5,868,026 | 30.1% | 9.0% | 6,562,505 | 3.0x | 9.9x |
| Proforma Year 6 | 6,044,067 | 31.0% | 9.3% | 6,759,380 | 2.9x | 9.7x |
| Proforma Year 7 | 6,225,389 | 31.9% | 9.5% | 6,962,161 | 2.8x | 9.4x |

### UNLEVERED ANALYSIS

| Proforma Year | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Year Ended | Dec-14 | Dec-15 | Dec-16 | Dec-17 | Dec-18 | Dec-19 | Dec-20 | Dec-21 |
| Net Operating Income | | - | - | 2,587,194 | 5,100,314 | 5,868,026 | 6,044,067 | 6,225,389 |
| Purchase Price + Closing Costs | (20,182,500) | - | - | - | - | - | - | - |
| Development Costs | | (22,535,200) | (22,535,200) | - | - | - | - | - |
| Capital Expenditures | | - | - | - | - | - | - | - |
| Net Sales Proceeds | | - | - | - | - | - | - | 101,681,355 |
| Unlevered Cash Flow | (20,182,500) | (22,535,200) | (22,535,200) | 2,587,194 | 5,100,314 | 5,868,026 | 6,044,067 | 107,906,744 |

| UNLEVERED IRR | 12.7% | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Yield on Cost | | 0.0% | 0.0% | 4.0% | 7.8% | 9.0% | 9.3% | 9.5% |
|---|---|---|---|---|---|---|---|---|
| Holding Period Average | 5.7% | | | | | | | |

| Unlevered Equity | 65,252,900 |
|---|---|
| Unlevered Profits | 127,506,346 |
| Unlevered Multiple | 1.95x |



# BRYANT PARK: VALUATION

## LEVERED RETURN ANALYSIS

| Bryant Park Development Site, New York, NY |
|---|
| Levered Return Analysis |

| Acquisition Financing Parameters | |
|---|---|
| Loan to Cost | 65.0% |
| Total Proceeds | 42,414,385 |
| All-In Rate | 3.50% |
| Amortization | Interest Only |

| Refinancing Parameters | |
|---|---|
| Total Proceeds | 58,680,000 |
| Refinance Month | Dec-19 |
| Yield on T-12 NOI | 10.0% |
| All-In Rate | 4.50% |
| Amortization | 30 yrs |

| Proforma Year | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Year Ended | Dec-14 | Dec-15 | Dec-16 | Dec-17 | Dec-18 | Dec-19 | Dec-20 | Dec-21 |
| Loan Balance | - | 19,879,185 | 42,414,385 | 42,414,385 | 42,414,385 | 58,680,263 | 57,733,617 | 56,743,483 |
| Unlevered Cash Flow | (20,182,500) | (22,535,200) | (22,535,200) | 2,587,194 | 5,100,314 | 5,868,026 | 6,044,067 | 107,906,744 |
| Loan Proceeds | - | 19,879,185 | 22,535,200 | - | - | - | - | - |
| Financing Costs | - | (198,792) | (225,352) | - | - | (586,803) | - | - |
| Debt Service | - | (695,771) | (1,484,503) | (1,484,503) | (1,484,503) | (1,484,503) | (3,567,891) | (3,567,891) |
| Capital Expenditures | - | - | - | - | - | - | - | - |
| Refi Proceeds | - | - | - | - | - | 16,265,878 | - | - |
| Debt Repayment | - | - | - | - | - | - | - | (56,743,483) |
| Levered Cash Flow | (20,182,500) | (3,550,578) | (1,709,855) | 1,102,690 | 3,615,811 | 20,062,598 | 2,476,176 | 47,595,370 |

| LEVERED IRR | 20.2% |
|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DSCR | | 0.00x | 0.00x | 1.74x | 3.44x | 3.95x | 1.69x | 1.74x |
| Debt Yield | | 0.0% | 0.0% | 6.1% | 12.0% | 10.0% | 10.5% | 11.0% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on Cash Yield | | -3.9% | -7.5% | 4.8% | 15.8% | 87.8% | 10.8% | 208.4% |

| Levered Equity | 22,838,515 |
|---|---|
| Levered Profits | 72,248,227 |
| Levered Multiple | 3.16x |



# BRYANT PARK: VALUATION

## RELEVANT LAND COMPARABLES

### Jade Hotel Bryant Park, New York, NY
Land Comparables

| Date | Address | Building Type | Sale Price | Land Size (sf) | Max Allowed FAR | Buildable FAR sf | Price /FAR sf | | Subject Site | |
|------|---------|---------------|-----------|----------------|-----------------|------------------|---------------|--|--------------|--|
| Mar-14 | 44-46 W 37 St | Loft, Retail Stores | $9,000,000 | 3,951 | 10.00 | 39,508 | **227.80** | | **34-36 W 38th Street** | |
| Feb-14 | 26-28 W 39 St | Class B/C Office | $18,300,000 | 4,316 | 10.00 | 43,160 | **424.00** | | Max Allowed FAR | 10 |
| Jan-14 | 39-41 W 38 St | Class B/C Office | $29,627,000 | 4,120 | 10.77 | 44,373 | **667.69** | | Total Lot Size (sf) | 4,345 |
| May-13 | 238 Madison Ave | Resi, Retail Mix | $12,000,000 | 3,876 | 10.00 | 38,760 | **309.60** | | Max Buildable FAR sf | 43,450 |
| | | | | | | **Average** | **407.27** | | **Implied valuation** | **$17,695,969** |



| Map | Address | Comment |
|-----|---------|---------|
| A | 44-46 W 37 St | 4 storey; M1-6 zoned; loft style retail; dilapidated asset, likely bought for development |
| B | 26-28 W 39 St | 5 storey; M1-6 zoned |
| C | 39-41 W 38 St | 12 storey; M1-6 zoned; office; sold to ELO Organization with view to renovate and upgrade |
| D | 238 Madison Ave | 5 storey; C 5-2 zoned; resi/retail mixed use; sold to JSR Capital for revelopment potentially as hotel |





III.  VALUATION ANALYSIS:
BEST WESTERN SEAPORT

# SEAPORT SITE: 33 PECK SLIP

## VALUATION STORY: REFRESH & REINVIGORATE

The acquisition and redevelopment of the **Best Western Seaport** offers substantial value opportunities to a next investor as a cash-flowing asset with strong 'curb appeal' and local uplift potential driven by ongoing redevelopment of the emerging Seaport and Financial District neighborhoods:

**Site Location:** 33 Peck Slip (corner lot at intersection of Peck Slip and Front Street)
**Existing Property:** Best Western Plus Seaport Inn Downtown
**Existing and Proposed Key Count:** 72

- *Strategic Location – Local Redevelopment Upside*
- *Strong In-Place Tourist Visitation*
- *Substantial Local Corporate Market*
- *Significant Barriers to Entry*
- *Wide Prospective Investor Universe*

Strong occupancy performance at the existing Best Western property demonstrates the depth of market at this compelling site. The surrounding area is well-suited for a lifestyle hotel concept, while the attractive street-level facade and strategic corner location will support a well-executed F&B concept.





# SEAPORT: VALUATION

## KEY ASSUMPTIONS TO THE PRO FORMA

- **General**
  - We assume closing occurs on December 31, 2014, with the new owner assuming control of the asset on January 1, 2015
  - We have modeled a 7-yr hold period
  - We assume a 'next owner' business plan conceptually similar to the Jade project (i.e. development of a boutique independent hotel)

- **Development Costs**
  - Total development costs incurred by new owner of $5.40m, or $75,000 per key. We assume the renovation is conducted in 2015, and have applied a reasonable reduction to rate and occupancy penetration in that year to account for disruption to hotel operations

- **Penetration Analysis**

  - We assume the property will ultimately compete with a number of lifestyle properties across downtown Manhattan, including hotels from the Lower East Side, Financial District, and Tribeca submarkets. Following renovation, we assume the property will stabilize in 2017 with occupancy and ADR of 86.9% and $322, respectively, yielding a stabilized RevPAR index of 93.9%

- **Pro Forma P&L Projections**
  - Rooms department expenses of $75 Per Occupied Room ("POR")
  - Stabilized F&B revenue and margins of $100 POR and 20%, respectively
  - Undistributed and Fixed Expense assumptions are based on costs incurred by comparable properties
  - Management Fees and FF&E Reserve have been forecast at 4% and 3%, respectively, of total , which we consider to be reasonable for an independent upper-upscale property of this nature
  - Insurance and Property Taxes have been forecast based on guidance from Gemini and the performance of comparable hotels

- **Debt**
  - We assume the 2014 acquisition and subsequent renovation project is financed with a 65% LTC term loan, drawn immediately, priced at 4.5% I/O
  - We assume a refinancing in loan is priced at 4.5% with a 30-year amortization schedule and sizing based on a 10% debt yield



# SEAPORT PROJECT: COMPETITIVE SET MAP



| | Jade Hotel Seaport | Sixty LES | Hotel on Rivington | Andaz Wall Street | Tribeca Grand | Duane Street Hotel | Thompson Hotels Gild Hall |
|---|---|---|---|---|---|---|---|
| Address | 33 Peck Slip | 190 Allen Street | 107 Rivington Street | 75 Wall Street | 2 Avenue of the Americas | 130 Duane Street | 15 Gold Street |
| Keys | 72 | 141 | 103 | 253 | 201 | 43 | 126 |
| Opened | 1993 | 2008 | 2004 | 2010 | 2000 | 2007 | 1999 |
| Brand | Best Western | Independent | Independent | Andaz | Independent | Independent | Thompson |
| F&B Outlets | TBD | 3 | 3 | 2 | 2 | 2 | 2 |

 

# SEAPORT: VALUATION

## PENETRATION ANALYSIS

| | Actual 2008 | Actual 2009 | Actual 2010 | Actual 2011 | Actual 2012 | Actual 2013 | Proj. 2014 | Proj. 2015 | Proj. 2016 | Proj. 2017 | Proj. 2018 | Proj. 2019 | Proj. 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMPETITIVE SET** | | | | | | | | | | | | | |
| **Best Western Seaport** | 72 | 72 | 72 | 72 | 72 | 72 | 72 | 72 | 72 | 72 | 72 | 72 | 72 |
| **Competitive Properties** | 549 | 619 | 872 | 872 | 872 | 872 | 872 | 872 | 872 | 872 | 872 | 872 | 872 |
| **Total Comp Set Supply** | 621 | 691 | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 944 |
| Available Rooms | 226,694 | 252,215 | 344,560 | 344,560 | 344,560 | 344,560 | 344,560 | 344,560 | 344,560 | 344,560 | 344,560 | 344,560 | 344,560 |
| % Chg in Supply | 21.6% | 11.3% | 36.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Comp Set Occupancy** | 75.7% | 79.9% | 76.3% | 80.9% | 80.5% | 82.2% | 84.3% | 85.6% | 86.0% | 86.0% | 86.0% | 86.0% | 86.0% |
| Total Occupied Rooms | 171,564 | 201,578 | 262,978 | 278,709 | 277,227 | 283,377 | 290,461 | 294,818 | 296,292 | 296,292 | 296,292 | 296,292 | 296,292 |
| % Chg in Demand | | 17.5% | 30.5% | 6.0% | (0.5%) | 2.2% | 2.5% | 1.5% | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Comp Set ADR** | $360.92 | $264.10 | $283.76 | $297.28 | $299.23 | $307.89 | $307.89 | $317.12 | $332.98 | $346.30 | $356.69 | $367.39 | $378.41 |
| % Chg in ADR | | (26.8%) | 7.4% | 4.8% | 0.7% | 2.9% | 0.0% | 3.0% | 5.0% | 4.0% | 3.0% | 3.0% | 3.0% |
| **Comp Set RevPAR** | $273.14 | $211.08 | $216.57 | $240.46 | $240.76 | $253.22 | $259.55 | $271.34 | $286.33 | $297.79 | $306.72 | $315.92 | $325.40 |
| % Chg in RevPAR | | (22.7%) | 2.6% | 11.0% | 0.1% | 5.2% | 2.5% | 4.5% | 5.5% | 4.0% | 3.0% | 3.0% | 3.0% |
| **Property Occupancy** | 85.4% | 75.7% | 77.4% | 76.1% | 78.2% | 75.0% | 90.2% | 74.4% | 83.4% | 86.9% | 86.9% | 86.9% | 86.9% |
| Penetration | 112.8% | 94.7% | 101.4% | 94.1% | 97.2% | 91.2% | 107.0% | 87.0% | 97.0% | 101.0% | 101.0% | 101.0% | 101.0% |
| **Property ADR** | $254.89 | $201.65 | $217.75 | $220.54 | $220.20 | $217.58 | $203.21 | $253.70 | $289.69 | $322.06 | $331.72 | $341.67 | $351.92 |
| Penetration | 70.6% | 76.4% | 76.7% | 74.2% | 73.6% | 70.7% | 66.0% | 80.0% | 87.0% | 93.0% | 93.0% | 93.0% | 93.0% |
| % Chg in ADR | | (20.9%) | 8.0% | 1.3% | (0.2%) | (1.2%) | (6.6%) | 24.8% | 14.2% | 11.2% | 3.0% | 3.0% | 3.0% |
| **Property RevPAR** | $217.68 | $152.65 | $168.54 | $167.83 | $172.20 | $163.19 | $183.29 | $188.85 | $241.64 | $279.71 | $288.10 | $296.75 | $305.65 |
| Penetration | 79.7% | 72.3% | 77.8% | 69.8% | 71.5% | 64.4% | 70.6% | 69.6% | 84.4% | 93.9% | 93.9% | 93.9% | 93.9% |
| % Chg in RevPAR | | (29.9%) | 10.4% | (0.4%) | 2.6% | (5.2%) | 12.3% | 3.0% | 27.9% | 15.8% | 3.0% | 3.0% | 3.0% |

**COMPETITIVE PROPERTIES**

| Name | Rooms | Year Opened |
|---|---|---|
| Sixty LES | 141 | 2008 |
| Hotel On Rivington | 108 | 2004 |
| Andaz Wall Street | 253 | 2010 |
| Tribeca Grand | 201 | 2000 |
| Duane Street Hotel | 2007 | 2007 |
| Thompson Hotels Gild Hall | 1999 | 1999 |

 

# SEAPORT: VALUATION

## PRO FORMA CASH FLOWS

| ($ in thousands) | Proforma 2015 | | | Proforma 2016 | | | Proforma 2017 | | | Proforma 2018 | | | Proforma 2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupancy | 74.4% | | | 83.4% | | | 86.9% | | | 86.9% | | | 86.9% | | |
| ADR | $ 253.70 | | | $ 289.69 | | | $ 322.06 | | | $ 331.72 | | | $ 341.67 | | |
| % Change | 9.8% | | | 14.2% | | | 11.2% | | | 3.0% | | | 3.0% | | |
| RevPAR | $ 188.85 | | | $ 241.64 | | | $ 279.71 | | | $ 288.10 | | | $ 296.75 | | |
| % Change | 1.3% | | | 27.9% | | | 15.8% | | | 3.0% | | | 3.0% | | |
| | $ | % | POR | $ | % | POR | $ | % | POR | $ | % | POR | $ | % | POR |
| **Gross Revenue** | | | | | | | | | | | | | | | |
| Rooms | 4,963 | 77.8% | 253.70 | 6,350 | 73.1% | 289.69 | 7,351 | 74.6% | 322.06 | 7,571 | 74.6% | 331.72 | 7,799 | 74.6% | 341.67 |
| Telephone | 2 | 0.0% | 0.10 | 2 | 0.0% | 0.10 | 2 | 0.0% | 0.11 | 2 | 0.0% | 0.11 | 3 | 0.0% | 0.11 |
| Other Operated Departments | 22 | 0.3% | 1.10 | 25 | 0.3% | 1.13 | 27 | 0.3% | 1.17 | 27 | 0.3% | 1.20 | 28 | 0.3% | 1.24 |
| Food & Beverage | 1,369 | 21.5% | 70.00 | 2,258 | 26.0% | 103.00 | 2,421 | 24.6% | 106.09 | 2,494 | 24.6% | 109.27 | 2,569 | 24.6% | 112.55 |
| Rental from Retail | 25 | 0.4% | 1.28 | 52 | 0.6% | 2.35 | 53 | 0.5% | 2.32 | 55 | 0.5% | 2.39 | 56 | 0.5% | 2.47 |
| **Total Gross Revenue** | 6,381 | 100.0% | 326.18 | 8,687 | 100.0% | 396.28 | 9,854 | 100.0% | 431.75 | 10,150 | 100.0% | 444.70 | 10,455 | 100.0% | 458.04 |
| **Departmental Expenses** | | | | | | | | | | | | | | | |
| Rooms | 1,272 | 25.6% | 65.00 | 1,693 | 26.7% | 77.25 | 1,816 | 24.7% | 79.57 | 1,871 | 24.7% | 81.95 | 1,927 | 24.7% | 84.41 |
| Telephone | 20 | 1000.0% | 1.00 | 23 | 1000.0% | 1.03 | 24 | 1000.0% | 1.06 | 25 | 1000.0% | 1.09 | 26 | 1000.0% | 1.13 |
| Other Operated Departments | 10 | 46.5% | 0.51 | 10 | 41.5% | 0.47 | 11 | 39.8% | 0.46 | 11 | 39.8% | 0.49 | 11 | 39.8% | 0.49 |
| Food & Beverage | 1,096 | 80.0% | 56.00 | 1,806 | 80.0% | 82.40 | 1,937 | 80.0% | 84.87 | 1,995 | 80.0% | 87.42 | 2,055 | 80.0% | 90.04 |
| Rental from Retail | | 0.0% | - | | 0.0% | - | | 0.0% | - | | 0.0% | - | | | - |
| **Total Departmental Expenses** | 2,397 | 37.6% | 122.51 | 3,533 | 40.7% | 161.15 | 3,788 | 38.4% | 165.97 | 3,902 | 38.4% | 170.94 | 4,019 | 38.4% | 176.07 |
| **Total Departmental Profit** | 3,984 | 62.4% | 203.67 | 5,154 | 59.3% | 235.13 | 6,066 | 61.6% | 265.78 | 6,248 | 61.6% | 273.75 | 6,436 | 61.6% | 281.97 |
| **Undistributed Expenses** | | | | | | | | | | | | | | | |
| Administrative & General | 370 | 5.8% | 18.92 | 504 | 5.8% | 22.98 | 572 | 5.8% | 25.04 | 589 | 5.8% | 25.79 | 606 | 5.8% | 26.57 |
| Sales & Marketing | 274 | 4.3% | 14.03 | 374 | 4.3% | 17.04 | 424 | 4.3% | 18.57 | 436 | 4.3% | 19.12 | 450 | 4.3% | 19.70 |
| Property Operations & Maintenance | 196 | 3.1% | 10.00 | 226 | 2.6% | 10.30 | 242 | 2.5% | 10.61 | 249 | 2.5% | 10.93 | 257 | 2.5% | 11.26 |
| Utilities | 166 | 2.6% | 8.50 | 192 | 2.2% | 8.76 | 206 | 2.1% | 9.02 | 212 | 2.1% | 9.29 | 218 | 2.1% | 9.57 |
| Central Reservation | 64 | 1.0% | 3.26 | 87 | 1.0% | 3.96 | 99 | 1.0% | 4.32 | 102 | 1.0% | 4.45 | 105 | 1.0% | 4.58 |
| **Total Undistributed Expenses** | 1,070 | 16.8% | 54.71 | 1,382 | 15.9% | 63.04 | 1,542 | 15.6% | 67.55 | 1,588 | 15.6% | 69.58 | 1,636 | 15.6% | 71.66 |
| **Gross Operating Profit** | 2,914 | 45.7% | 148.96 | 3,772 | 43.4% | 172.09 | 4,525 | 45.9% | 198.23 | 4,660 | 45.9% | 204.18 | 4,800 | 45.9% | 210.30 |
| Management Fees | 191 | 3.0% | 9.79 | 261 | 3.0% | 11.89 | 296 | 3.0% | 12.95 | 305 | 3.0% | 13.34 | 314 | 3.0% | 13.74 |
| **Income Before Fixed Expenses** | 2,723 | 42.7% | 139.18 | 3,512 | 40.4% | 160.20 | 4,229 | 42.9% | 185.28 | 4,356 | 42.9% | 190.84 | 4,486 | 42.9% | 196.56 |
| **Fixed Expenses** | | | | | | | | | | | | | | | |
| Insurance | 92 | 1.4% | 4.69 | 94 | 1.1% | 4.31 | 97 | 1.0% | 4.26 | 100 | 1.0% | 4.39 | 103 | 1.0% | 4.52 |
| Taxes | 561 | 8.8% | 28.69 | 578 | 6.7% | 26.38 | 596 | 6.0% | 26.09 | 613 | 6.0% | 26.87 | 632 | 6.0% | 27.68 |
| **Total Fixed Expenses** | 653 | 10.2% | 33.38 | 673 | 7.7% | 30.68 | 693 | 7.0% | 30.35 | 714 | 7.0% | 31.26 | 735 | 7.0% | 32.20 |
| **EBITDA** | 2,070 | 32.4% | 105.79 | 2,839 | 32.7% | 129.51 | 3,536 | 35.9% | 154.92 | 3,642 | 35.9% | 159.57 | 3,751 | 35.9% | 164.36 |
| FF&E Reserve | 255 | 4.0% | 13.05 | 174 | 2.0% | 7.93 | 296 | 3.0% | 12.95 | 406 | 4.0% | 17.79 | 418 | 4.0% | 18.32 |
| **Net Operating Income** | 1,814 | 28.4% | 92.75 | 2,665 | 30.7% | 121.59 | 3,240 | 32.9% | 141.97 | 3,236 | 31.9% | 141.78 | 3,333 | 31.9% | 146.04 |




# SEAPORT: VALUATION

## DISCOUNTED CASH FLOWS

**Best Western Seaport, 33 Peck Slip, New York, NY**
Discounted Cash Flow Analysis

| Acquisition Assumptions | | | Per Key |
|---|---|---|---|
| Sale Value | | 34,250,000 | 475,694 |
| Closing Costs | 2.0% | 685,000 | 9,514 |
| CapEx/PIP | | 5,400,000 | 75,000 |
| Net Value | | 40,335,000 | 560,208 |
| **Disposition Assumptions** | | | **Per Key** |
| Exit Cap Rate | | 7.0% | |
| Exit Year | | Year 7 | |
| Exit Year NOI | | 3,470,843 | |
| Gross Sales Proceeds | | 49,583,471 | 688,659 |
| Less: Sales Costs | 2.0% | (991,669) | |
| Net Sales Proceeds | | 48,591,801 | 674,886 |

| | | Cap Rate | | EBITDA Multiple | |
|---|---|---|---|---|---|
| | NOI | Purchase Price | Total Investment | EBITDA | Purchase Price | Total Basis |
| PF Year 1 | 1,814,413 | 5.3% | 4.5% | 2,069,652 | 16.5x | 19.5x |
| PF Year 2 | 2,665,296 | 7.8% | 6.6% | 2,839,029 | 12.1x | 14.2x |
| PF Year 3 | 3,240,458 | 9.5% | 8.0% | 3,536,090 | 9.7x | 11.4x |
| PF Year 4 | 3,236,171 | 9.4% | 8.0% | 3,642,172 | 9.4x | 11.1x |
| PF Year 5 | 3,333,256 | 9.7% | 8.3% | 3,751,438 | 9.1x | 10.8x |
| PF Year 6 | 3,369,750 | 9.8% | 8.4% | 3,800,477 | 9.0x | 10.6x |

### UNLEVERED ANALYSIS

| Proforma Year | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Year Ended | Dec-14 | Dec-15 | Dec-16 | Dec-17 | Dec-18 | Dec-19 | Dec-20 | Dec-21 |
| Net Operating Income | | 1,814,413 | 2,665,296 | 3,240,458 | 3,236,171 | 3,333,256 | 3,369,750 | 3,470,843 |
| Purchase Price + Closing Costs | (34,935,000) | - | - | - | - | - | - | |
| Development Costs | (5,400,000) | | | | | | | |
| Capital Expenditures | | - | - | - | - | - | - | - |
| Net Sales Proceeds | | - | - | - | - | - | - | 48,591,801 |
| **Unlevered Cash Flow** | **(34,935,000)** | **(3,585,587)** | **2,665,296** | **3,240,458** | **3,236,171** | **3,333,256** | **3,369,750** | **52,062,644** |

| **UNLEVERED IRR** | **9.7%** |
|---|---|

| Yield on Cost | | 4.5% | 6.6% | 8.0% | 8.0% | 8.3% | 8.4% | 8.6% |
|---|---|---|---|---|---|---|---|---|
| Holding Period Average | 7.5% | | | | | | | |

| Unlevered Equity | 40,335,000 |
|---|---|
| Unlevered Profits | 69,721,990 |
| Unlevered IRR | 9.7% |
| Unlevered Multiple | 1.73x |



# SEAPORT: VALUATION

## LEVERED RETURN ANALYSIS

**Best Western Seaport, 33 Peck Slip, New York, NY**
Levered Return Analysis

| Acquisition Financing Parameters | |
|---|---|
| Loan to Value | 76.5% |
| Loan to Cost | 65.0% |
| Total Proceeds | 26,217,750 |
| All-In Rate | 4.50% |
| Amortization | Interest Only |

| Refinancing Parameters | |
|---|---|
| Total Proceeds | 32,405,000 |
| Yield on T-12 NOI | 10.0% |
| Refinance Month | Dec-17 |
| All-In Rate | 4.50% |
| Amortization | 30 yrs |

| Proforma Year | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Year Ended | Dec-14 | Dec-15 | Dec-16 | Dec-17 | Dec-18 | Dec-19 | Dec-20 | Dec-21 |
| Loan Balance | 26,217,750 | 26,217,750 | 26,217,750 | 32,404,579 | 31,881,820 | 31,335,045 | 30,763,151 | 30,164,985 |
| Unlevered Cash Flow | (34,935,000) | (3,585,587) | 2,665,296 | 3,240,458 | 3,236,171 | 3,333,256 | 3,369,750 | 52,062,644 |
| Loan Proceeds | 26,217,750 | | | | | | | |
| Financing Costs | (262,178) | - | - | (324,046) | - | - | - | - |
| Debt Service | | (1,179,799) | (1,179,799) | (1,179,799) | (1,970,271) | (1,970,271) | (1,970,271) | (1,970,271) |
| Refi Proceeds | | - | - | 6,186,829 | - | - | - | - |
| Debt Repayment | | - | - | - | - | - | - | (30,164,985) |
| Levered Cash Flow | (8,979,428) | (4,765,386) | 1,485,498 | 7,923,442 | 1,265,900 | 1,362,986 | 1,399,480 | 19,927,388 |

| LEVERED IRR | 19.7% | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DSCR | | 1.54x | 2.26x | 2.75x | 1.64x | 1.69x | 1.71x | 1.76x |
| Debt Yield | | 6.9% | 10.2% | 10.0% | 10.2% | 10.6% | 11.0% | 11.5% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on Cash Yield | | 4.4% | 10.3% | 55.1% | 8.8% | 9.5% | 9.7% | 138.6% |
| Holding Period Average | 17.6% | | | | | | | |

| | |
|---|---|
| Levered Equity | 14,379,428 |
| Levered Profits | 33,999,308 |
| Levered Multiple | 2.36x |





IV. COMPARABLE MANHATTAN HOTEL TRANSACTIONS

# MANHATTAN SALES COMPARABLES

## Manhattan Independent Boutique Hotels
Transaction Comparables

| Date | Name | Keys | Address | Buyer | Sale Price | Sale Price /Key | Implied Stabilized Valuation, Post Redevelopment | |
|------|------|------|---------|-------|-----------|-----------------|--------------------------------------------------|---|
| Jun-14 | Mondrian Soho | 270 | 150 Lafayette St | Sapir Organization \| Gerard Guez | 205,000,000 | **759,259** | **34-36 W 38th Street** | |
| Feb-14 | Standard High Line | 337 | 848 Washington St | Standard International | 400,000,000 | **1,186,944** | Keys | 114 |
| Nov-13 | Viceroy Hotel | 240 | 120 W 57th St | ARC NYRR | 148,500,000 | **618,750** | **Implied Valuation** | **$87,832,849** |
| Apr-13 | The James | 114 | 27 Grand St | Prudential RE Investors | 84,600,000 | **742,105** | | |
| Nov-12 | Dream Downtown | 315 | 355 W 16th St | Sahara India Pariwar | 220,000,000 | **698,413** | **33 Peck Slip** | |
| May-12 | Cassa NY Hotel | 165 | 66 W 45th St | HNA Group | 126,000,000 | **763,636** | Keys | 72 |
| Nov-11 | Cooper Square Hotel | 145 | 25-33 Cooper Sq | Andre Balazs Properties \| Ironstate Dev | 90,500,000 | **624,138** | **Implied Valuation** | **$55,473,379** |
| | | | | | **Average** | **770,464** | | |

## DEEP MARKET WITH STRONG INVESTOR SUPPORT FOR THE 'BOUTIQUE' CONCEPT

- Considerable depth in the transaction market for independently-branded boutique 'lifestyle' hotels in Manhattan

- Availability of financing, wide pool of 'yield hungry' investors, and strong operating fundamentals continue to drive strong per-key valuations for well-developed hotel assets – **especially for those in primary locations** and those unencumbered by brand and management

- We expect a stabilized hotel venture at both of the subject development sites to attract a **deep pool of prospective investors** on exit, driving meaningful residual upside to the next investor





# MARKETING STRATEGY

We recommend an accelerated sales process to take advantage of the current low rate environment and strong transaction market. Pre-marketing and discussions between UBS and Gemini can occur simultaneously, maximizing efficiency and timing. We anticipate selecting a buyer(s) by the end of 2014, and closing 1Q2015.

| Pre-marketing | Marketing | Negotiation | Due Diligence | Closing |
|---|---|---|---|---|
| *Weeks 1 – 5* | *Weeks 6 – 11* | *Weeks 12 – 15* | *Weeks 16 – 21* | *Weeks 22 – 25* |
| **Arrange necessary modifications to UBS loan** | Personally present marketing material to targeted buyers and investors. | Apply knowledge of owner's objectives and goals. | Oversee the entire buyer due diligence process. | Participate in all conference calls to ensure timely transaction closing. |
| Pre-selection process of targeted buyers. | Coordinate Property tours. | Evaluate the qualifications and understand the underwriting of each investor. | Ensure that due diligence process milestones are achieved in a timely manner. | Maintain time pressure and backup options throughout to mitigate re-trade risks. |
| Due diligence review of all physical and financial issues. | Always available to answer questions and provide requested information. | Deliver comparison of offers and recommendations to owner. | Discuss any open issues with attorneys and disseminate supporting documentation. | |
| Prepare marketing materials. | Create competitive bidding environment. | Select a buyer(s). | | |
| In-depth underwriting with supportable assumptions. | | | | |

 

# GEMINI TEAM MEMBERS

## CORE DEAL TEAM



**Douglas P. Hercher**
New York
Principal & Managing Director



**Evan Hurd**
New York
Director



**David Smith**
New York
Associate

## MARKETING SUPPORT & ANALYTICS

### INTERNATIONAL MARKETING SUPPORT



**Robert B. Stiles**
San Francisco
Principal & Managing Director

### MARKETING & ANALYTICAL SUPPORT



**Christopher M. Ropko**
San Francisco
Director



**Steve Chung**
Los Angeles
Analyst

 



# OUR APPROACH



**The commitment we make to our clients is that we will:**

**Deliver Expertise**

The leadership team at RobertDouglas brings over 50 years and $50 billion of capital transaction experience, including many prestigious investment sales transactions, numerous joint venture equity raises, and many of the largest and most complicated structured financings completed in the industry.

**Deliver Focus**

There may be larger and older firms, but no other firm will commit as experienced and focused senior level resources to this assignment as RobertDouglas.  The team you meet, from Analyst to Managing Director, is the team that will work with you through to the closing.  Our incentives are aligned to encourage teamwork and cooperation to deliver optimal client solutions.

**Deliver Relationships**

The Principals of RobertDouglas have deep relationships with institutional capital partners, from domestic and offshore institutional equity providers to high net worth and family office equity sources.  We are in tune with the nuances of the market and are able to put forward market supportable structures and optimized solutions that attract the right capital sources.  Our access to capital providers worldwide also allows us to arrange every form of financing available in the market for hospitality assets.

**Deliver Results**

Our market intelligence, state-of-the-art process management, real estate knowledge and unrivaled relationships allow us to deliver results.



# BIOGRAPHIES



**DOUGLAS P. HERCHER**

**Principal & Managing Director**

New York, NY

Mr. Hercher is a Founding Principal of RobertDouglas and brings 25 years of investment banking and capital markets expertise to the firm.  He has held senior leadership positions at Jones Lang LaSalle Hotels, Lehman Brothers Global Real Estate, Sonnenblick Goldman and Cushman & Wakefield.  During his career, Mr. Hercher has advised clients on in excess of $40 billion of transactions including the acquisition, financing or recapitalization of more than 100 separate hotel, resort and lodging portfolios, totaling in excess of $25 billion, and located throughout North America, Europe and the Caribbean.  He also has extensive experience with gaming, retail, office and residential properties. Representative luxury hotel and/or gaming transactions arranged by Mr. Hercher include:

- *Regent Beverly Wilshire (Los Angeles), sale*
- *Four Seasons Inn on the Park, (Toronto, Ontario), sale & financing*
- *The Plaza Hotel (New York), sale*
- *Four Seasons Hotel (New York), sale*
- *Four Seasons Hotel (Milan, Italy), sale*
- *Hotel Plaza Athenee (New York), sale*
- *Eden Roc (South Beach, Miami)*
- *Ritz-Carlton Alexandria (Virginia), sale*

Mr. Hercher has been a member of numerous industry groups, as well as being registered with FINRA as a Series 24 Securities Principal. He is a regular speaker at industry events including speaking at the Federal Reserve Bank, and has contributed to articles in publications such as the Wall Street Journal, New York Times, Hotel Business, Bloomberg, REFI, and Real Estate Forum.

He has a Bachelor of Arts degree from Colgate University and a Master of Business Administration degree from Columbia University.

 

# BIOGRAPHIES



**ROBERT  B. STILES**

**Principal & Managing Director**

San Francisco, CA

Mr. Stiles is a Founding Principal of RobertDouglas and brings more than 25 years of domestic and international experience in structuring and executing capital solutions and property sales for hotel investors and owners.  Prior to co-founding RobertDouglas, Rob was the Co-Head of the National Hospitality Group at Cushman & Wakefield Sonnenblick-Goldman and previously held senior leadership positions as a Principal at Sonnenblick-Goldman and as the founding Group Managing Director of Horwath HTL in Asia.  He joined Sonnenblick-Goldman as a Managing Director and Principal in early 1999 and has since completed many of the largest and most complex asset sale, financing and development transactions internationally, including the following sample of representative assets:

- *San Francisco Hilton Financial District, financing of leveraged buyout*
- *Residence Inn Sacramento Downtown, financing*
- *Hilton Los Cabos, financing*
- *The Beverly Hilton (Beverly Hills), JV equity recapitalization and financing*
- *The JW Marriott Union Square (San Francisco), sale*
- *The Montage (Beverly Hills), construction financing*
- *Hotel Hana Maui (Hawaii), sale*
- *Pan Pacific Hotel (San Francisco), sale*
- *Courtyard by Marriott Portfolio (40 hotel portfolio), financing*

Rob serves on the International Advisory Board of HOTELS Investment Outlook magazine, is the founder of HICAP, Asia's premiere hotel investment conference based in Hong Kong now in its 23rd year, and is a Co-Chairman of the International Lodging Finance Council (ILFC).

He has a Bachelor of Science degree with a focus in development and finance from Cornell University's School of Hotel Administration.

 

# BIOGRAPHIES



**STEPHEN E. O'CONNOR**

**Principal & Managing Director**

Los Angeles, CA

Mr. O'Connor is a Principal of RobertDouglas and brings 10 years of investment banking and capital markets expertise to the firm. He has held senior positions at Sonnenblick Goldman and Cushman & Wakefield.  During his career, Mr. O'Connor has advised clients on in excess of $4 billion of transactions, located throughout North America, representing a variety of structures that include dispositions, debt financings and equity recapitalizations for both singe asset and portfolio transactions.  Representative transactions arranged by Mr. O'Connor include:

- *JW Marriott Hotel (San Francisco), sale*
- *Maison 140 (Beverly Hills), sale*
- *The Wilshire Hotel (Los Angeles), sale*
- *Hotel Hana Maui (island of Maui), sale*
- *Pan Pacific Hotel (San Francisco), sale*
- *The Beverly Hilton (Beverly Hills), JV equity recapitalization and financing*
- *Montage Hotel and Residences (Beverly Hills), construction financing*
- *SLS at Beverly Hills (Los Angeles), acquisition construction/renovation financing*
- *Hilton Los Cabos Beach & Golf Resort (San Jose del Cabo),  financing*
- *Marriott Canadian Hotel Portfolio (various), portfolio financing*

Mr. O'Connor served as the graduate teaching assistant to both the graduate and undergraduate Financial Economics courses at Cornell's Hotel School and is a member of the national chapter of the Cornell Hotel Society. He is a regular speaker at industry events, including the Hotel Asset Managers Association annual meeting, and has contributed articles to the Real Estate Finance Journal.

He has a Bachelor of Arts degree from Dartmouth College and a Master of Management in Hospitality degree from Cornell University.

 

# BIOGRAPHIES



**EVAN HURD**
**Director**
New York, NY

Mr. Hurd is a Director at Robert-Douglas, and brings over ten years of experience in hotel equity acquisitions and consulting. Prior to joining Robert-Douglas in 2013, Mr. Hurd's experience includes three years at Cornerstone Real Estate Advisers, where he was involved in over $750 million of hotel acquisitions on behalf of Cornerstone Hotel Income and Equity ("CHIEF") Fund II and a number of other institutional clients, as well as four years as Director of Acquisitions at HEI Hotels & Resorts. Mr. Hurd also spent two years in San Francisco with HVS International, a leading hospitality consulting and appraisal firm. While at HVS, Mr. Hurd was involved in the valuation of over $2 billion in hotel assets.

During his career, Mr. Hurd has contributed to the acquisition of over $1 billion in hotels and resorts as a principal, including:

- *Equinox Resort and Spa (Manchester)*
- *Le Meridien (Cambridge)*
- *Embassy Suites Tysons Corner (McLean)*
- *Embassy Suites (Waltham)*
- *Marriott (Burlington)*
- *Algonquin Hotel (New York)*
- *Doubletree (Downtown Houston)*

During his tenure at HVS International, Mr. Hurd was involved in a number of high profile valuations and feasibility studies including: Hotel Del Coronado, Coronado, California; Capella Pedregal Resort and Residences, Cabo San Lucas, Mexico; Manchester Grand Hyatt, San Diego, California; Omni Hotel, San Diego, California; and Hyatt at Olive 8 Hotel and Residences, Seattle, Washington.

He has a Bachelor of Science degree from Cornell University's School of Hotel Administration.

 

# BIOGRAPHIES



### CHRISTOPHER M. ROPKO
**Director**
San Francisco, CA

Mr. Ropko is a Director at RobertDouglas, where he focuses on raising capital for lodging and specialty leisure properties throughout North America.  Immediately prior to RobertDouglas, Mr. Ropko was a Portfolio Manager and Commercial Real Estate Specialist at Pacific Investment Management Company (PIMCO).  While at PIMCO, Mr. Ropko evaluated more than $15 billion of investment opportunities involving CMBS, performing, sub- and non-performing loan portfolios, mezzanine loans, preferred equity and direct equity investments secured by all major property types, including hospitality assets.

Prior to joining PIMCO, Mr. Ropko was an Associate at Goldman Sachs in the Real Estate Principal Investment Area focused on acquisitions and asset management almost exclusively in the hospitality sector on behalf of the Whitehall series of private equity funds.  While at Goldman, Mr. Ropko helped build out Whitehall's limited service hospitality acquisitions, asset, and property management platforms.  During his career, Mr. Ropko has completed over $4 billion in real estate transactions as a principal, including:

- *San Francisco Hilton Financial District, financing of leveraged buyout*
- *Equity Inns Portfolio, leveraged buyout*
- *Hilton Hotels Corporation, senior and mezzanine debt acquisitions*
- *Tharaldson/CNL Portfolios, preferred equity recapitalization*
- *Highland Hospitality Portfolio, mezzanine debt acquisition*
- *Kyo-ya Hotel Portfolio, mezzanine debt acquisition*

In addition to being registered with FINRA as a Series 7 General Securities Representative, Mr. Ropko is a recurring Guest Lecturer at USC's Marshall School of Business on the topic of hospitality real estate finance.

He has a Bachelor of Science degree from Cornell University's School of Hotel Administration.

 

# AFFILIATED COMPANIES

**We are affiliated with companies that are leaders in their respective fields to optimize and amplify the services we deliver to our clients.**

By harnessing the lodging industry expertise of Warnick + Company and the high net worth investor relationships of The Alberleen Group - and combining it with our own extensive lodging industry transaction and capital markets expertise, we are able to deliver optimized solutions tailored to meet our clients' needs.



**The power of experience applied**

**Warnick + Company** is simply the best hospitality consulting firm in the nation.  Over the years, they have built a team of skilled, advisors with extensive hands-on experience in virtually every aspect of the hotel industry, from operations, asset management, development, brokerage, and business strategy.  Their client-focused, hands-on business philosophy is completely in sync with our own, making them the ideal solution oriented partner.

http://www.warnickco.com/



**Empowering specialized investment banking teams**

Our friends at **The Alberleen Group** know a good idea when they see one – and they know how to connect it to the right sources of capital to let it soar.  By incubating seasoned banking teams with working capital, infrastructure and high net worth deal execution, they're not just creating solutions, but an entire financing community.  Partnering allows us to tap into their pool of resources and talent – and put them to work for our clients.

http://alberleen.com/






WHAT WE DO



# INVESTMENT SALES

 

" **SELLING RIGHT – DELIVERED.** "

**We understand that our clients want to get the best return on their investments – and we know what it takes to help them get there.**

The principals behind RobertDouglas have completed more than 100 individual property or portfolio sales throughout North America and Asia – including some of the industry's most iconic properties.

We understand that the sale process is the culmination for most owners of a long and careful effort that has focused on maximizing the value of their property through strategic asset management, renovation and market positioning.

Optimizing the value of our clients' assets starts with understanding them – and this is where our team members bring their own unrivaled experience.  They've been asset managers, consultants, F&B managers, appraisers, investors and lenders, so they understand how to sell the dream.  They leverage this experience into the execution of investment sale transactions that help our clients get the most of out what they've put in.  Selling right.

 

# EQUITY

 

" **LOOKING FOR A PARTNER?  WE'VE GOT THE RIGHT CONNECTIONS.** "

**Raising equity through a joint venture is often one of the best ways to accelerate an acquisition platform – it's also one of the most complex.**

RobertDouglas is a leader in raising joint venture, programmatic and entity-level equity for hospitality acquisitions and recapitalizations.   We understand that these transactions require exceptional investor relationships and sophisticated negotiating and structuring experience.

With our combined 50 years of experience, we're in tune with the nuances of the market.  We take the time to understand each client's needs and objectives and are able to put forward market supportable structures and solutions that attract the right capital partners – from domestic and offshore institutional equity providers to high net worth and family office equity sources.

 

# FINANCING

 

**" FINANCING CRITICALLY LEVERAGES YOUR EQUITY. WE MAKE LEVERAGE WORK – FOR YOU. "**

**Not all debt is created equal – we will work with you to tailor financing structures that powerfully support your ownership objectives.**

Our team has advised on more than $50 billion of hospitality, leisure and gaming transactions, including many of the largest and most complicated structured financings completed in the industry.  As a result, we understand what is achievable in the market and work with clients to deliver the most effective and responsive financing structures and lender relationships.

Our access to capital providers worldwide means that we can assist in arranging every form of financing available in the market for hospitality and leisure assets, including:

➢ Senior Financing
➢ Subordinate Secured Financing
➢ Mezzanine Financing
➢ Senior and Junior Unsecured Financing
➢ Bridge Financing
➢ Renovation/Construction Financing

 

# ADVISORY SERVICES

 

" **IT'S A JUNGLE OUT THERE.  TELL US WHERE YOU WANT TO GO – WE WILL TAKE YOU THERE.** "

**Confused about your capital options?  You are not alone.  We'll help you connect to the one that's right for you.**

The capital markets have never offered such a dizzying array of capital financing possibilities ranging from traditional senior and subordinate financing to preferred and/or convertible equity and heavily structured financings. Our partners have particular expertise in buyer advisory, capital restructuring, auctions, bankruptcy and work-outs.

What does this mean for you?  Options.  Lots of them – and they can be overwhelming.  Based on your overall objectives, we help you sort through the various alternatives, and develop a capital plan that's right for you.

 

# LAUNCHED IN 2013 WITH INSTITUTIONAL CLIENTS

   

   

  

   

For more information on RobertDouglas, please visit our website at www.robert-douglas.com.

 

# INVESTMENT TRANSACTIONS

The following investment transactions, representing gross disposition/acquisition sale proceeds of roundly $4.3 billion of individual assets and $6.4 billion of portfolios, highlight the experience of the senior team of RobertDouglas serving as either the selling broker or the lead acquisition/asset management party.

**Domestic**

**Arizona**
Wyndham Hotel & Resort (Scottsdale)

**California**
Beverly Rodeo Hotel (Beverly Hills)
Central Hotel LAX (Los Angeles)
DoubleTree (San Diego)
Four Points Hotel LAX (Los Angeles)
Hilton Harbor Island (San Diego)
Hilton LAX (Los Angeles)
Holiday Inn (San Francisco)
JW Marriott (San Francisco)
Maison 140 (Beverly Hills)
Nikko Hotel (Los Angeles)
Pan Pacific Hotel (San Francisco)
Radisson Fisherman's Wharf (San Francisco)
Regent Beverly Wilshire (Beverly Hills)
St. James Hotel (West Hollywood)
Wilshire Hotel (Los Angeles)

**Colorado**
Hotel Jerome (Aspen)
Vail Athletic Club & Hotel (Vail)

**Florida**
Best Western Lake Buena Vista (Orlando)
DoubleTree (Orlando)
Eden Roc (Miami)
Key West Lodge (Key West)
Royal Plaza (Orlando)

**Georgia**
French Quarter Suites (Atlanta)

**Hawaii**
Aqua Waikiki Pearl (Waikiki)
Hana Maui (Maui)
Hawaiian Regent (Waikiki)
Waikiki Beachcomber (Waikiki)

**Illinois**
Nikko Hotel (Chicago)

**Maryland**
DoubleTree Twin Plaza (Bethesda)
Embassy Suites (Chevy Chase)
Omni Hotel (Baltimore)

**Massachusetts**
DoubleTree (Waltham)
Le Meridien (Cambridge)
Marriott (Burlington)

**Missouri**
Renaissance (St. Louis)

**Nevada**
Emerald Suites (Las Vegas)

**New Jersey**
Marriott Hanover (Parsippany)
Radisson Hotel & Suites (Paramus)

**New York**
70 Park Hotel
Algonquin Hotel
Aloft Harlem
Barclay Inter-Continental
Beekman Tower (potential conversion)
Best Western Times Square Hotel
Brill Building (potential conversion)
Carlton Hotel
Crowne Plaza Times Square
Embassy Suites Battery Park City
Embassy Suites Midtown South
Empire Hotel
Essex House Hotel
Fairfield Inn Midtown South
Fitzpatrick Manhattan
Four Poins Chelsea
Four Points SoHo
Four Seasons Hotel
Lombardy Hotel
Mansfield Hotel
Millennium Downtown
Millennium Times Square
Morgans Hotel
Muse Hotel
Paramount Hotel
Plaza Athenee
Plaza Hotel
Royalton Hotel
Sherry Netherland
Shoreham Hotel
St. Moritz Hotel (converted to Ritz-Carlton)
Surrey Hotel
Sutton Hotel
Taj Hotel on Lexington

**Oregon**
Portland Marriott Hotel (Portland)

**Rhode Island**
Newport Harbor Hotel (Newport)

**Tennessee**
Embassy Suites (Memphis)

**Texas**
DoubleTree (Houston)
Hotel Inter-Continental (Houston)
St. Anthony Hotel (San Antonio)

**Utah**
DoubleTree (Salt Lake City)

**Vermont**
Equinox Resort & Spa (Manchester)

**Virginia**
Embassy Suites Tysons Corner (Vienna)
Ritz-Carlton (Pentagon City)

**Washington**
Radisson SeaTac (Seattle-Tacoma)

**Washington D.C.**
Crowne Plaza MetroCenter

**International**

Marriott Resort (Aruba)
Westin Hotel & Casino (Aruba)
Regent London (England)
Princess Resort & Casino (Grand Bahama Island)
Hilton (Guam)
Four Seasons Milan (Italy)
Sofitel Hotel (Montreal)
Sugar Bay Resort (St. Thomas, USVI)
Hilton Narita International Airport (Tokyo)
Rhiga Royal (Tokyo)
Wyndham Hotel (Toronto, Ontario)
Sutton Place Hotel (Toronto, Ontario)
Delta Chelsea Hotel (Toronto, Ontario)
Four Seasons Inn on the Park (Toronto, Ontario)
Chestnut Park Hotel (Toronto, Ontario)

**Portfolios**

Affinia Hotel Portfolio (6 hotels)
CNL Limited Service Hotel Portfolio (32 hotels)
Encore Portfolio (29 hotels)
Equity Inns Portfolio (137 hotels)
Holiday Inn Portfolio - NY, CT, NJ (5 hotels)
Holiday Inn Portfolio - Oahu (2 hotels)
Highland Hospitality (30+ hotels)
Tharaldson Portfolio (138 hotels)

 

# BRYANT PARK PROJECT: COMPETITIVE SET MAP



|  | Bryant Park Developmen | Morgans Hotel | Kitano Hotel | Kimpton 70 Park Ave | Bryant Park Hotel | The Strand | Royalton Hotel | Refinery Hotel | The Nomad Hotel | Archer Hotel |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | 34-36 W 38th | 237 Madison | 66 Park Ave | 70 Park Ave | 40 W 40th | 33 W 37th | 44 W 44th | 63 W 38th | 1170 | 45 W 38th |
| Keys | 114 | 114 | 149 | 205 | 128 | 176 | 168 | 197 | 168 | 180 |
| Year Opened | 2017 | 1985 | 1972 | 1929 | 2001 | 2009 | 1988 | 2013 | 2012 | 2014 |
| Brand | Independent | Morgans | Independent | Kimpton | Independent | Independent | Morgans | Independent | Independent | Independent |
| F&B Outlets | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 2 |
| Meeting Space (SF) | TBD | 1,500 | 4,104 | 1,500 | 3,755 | 2,500 | 2,600 | 700 | 4,000 | <1,000 |
| Property Amenities |  |  |  |  |  |  |  |  |  |  |
| *Fitness Center* | TBD | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| *Business Center* | TBD | No | No | Yes | Yes | Yes | Yes | No | No | Yes |




# DISCLAIMER

THIS IS A BROKER OPINION OF VALUE AND SHOULD NOT BE CONSIDERED AN APPRAISAL.  In making any decision that relies upon RobertDouglas' analysis, you should know that RobertDouglas has not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.  This analysis does not conform with the uniform standards of professional appraisal practice, which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest.

This opinion is based upon RobertDouglas' general knowledge of the marketplace as real estate brokers and should not be relied upon as a real estate appraisal prepared by professional appraisers.  Without limiting the generality of the forgoing, it is understood that this opinion may not be used for purposes of obtaining financing in a federally related transaction or any other transaction.  Furthermore, it is understood that you will not disclose this report or the source of this opinion to any other party without our prior consent.

With kind regards,

**Douglas Hercher**          **Evan Hurd**          **David Smith**
Principal &                  Director                Associate
Managing Director



