# EXHIBIT 21



**Contact:**
Dante Massaro
President & CEO
(704) 895-7845 Ext. 101
dmassaro@gemini-re.com

**For Immediate Release**

## Gemini Real Estate Advisors Retains Bridgeton to Manage its Hotel Properties

*Gemini Hospitality Employees Joining Bridgeton*

**New York, N.Y. (Jan. 26, 2015) –** Gemini Real Estate Advisors' President and CEO Dante Massaro today announced the company has retained New York-based Bridgeton Hotel Management (Bridgeton) to manage its hotel properties, effective immediately.

The majority of Gemini employees who worked in the company's hospitality business unit will immediately become staff members of Bridgeton and relocate to the Bridgeton office in Rockefeller Center. Several other Gemini employees will also relocate to Rockefeller Center but will remain part of the Gemini staff including the Investor Relations, Capital Markets and corporate accounting divisions.

Gemini currently owns and manages 12 hotel properties, including ten in New York. Three of the hotels are currently being developed or redeveloped.

Atit Jariwala, a managing director at Bridgeton Holdings, will lead the team managing the Gemini properties. As a partner and co-founder of several real estate companies, Mr. Jariwala has been involved in the acquisition, development and management of more than $900 million of real estate throughout the U.S., including numerous hotels, shopping centers and malls, apartment complexes and office buildings.

Prior to Bridgeton, Mr. Jariwala worked at the CIM Group, a $13 billion real estate private equity firm, and served as Gemini's first hospitality director. Mr. Jariwala is a Certified Hotel Administrator (CHA) and a Certified Hotel Owner (CHO).

"We believe that partnering with Bridgeton to manage our hotel assets is in the best interests of both our investors and our hospitality properties," Mr. Massaro said.

"A long-time business associate of our company and a trusted personal advisor, Atit has a wealth of experience and expertise in the hotel business.  With the Gemini staff on board at Bridgeton to provide continuity of operations, we're confident that all of our current and future hotel holdings will be successful and well-performing investments," he said.

Mr. Massaro noted also that the transition will allow Gemini to focus on identifying and capitalizing on opportunities that match the company's values and investment strategy. Gemini is maintaining its in-house retail property management team based in Charlotte, NC.

# # #

**About Gemini Real Estate Advisors**

Gemini is a vertically integrated real estate investment and operating company with a portfolio of shopping centers, hotels and fixed-income investments of four million square feet in 10 states with a value of approximately $1 billion. Gemini currently has three business units: retail, hospitality and capital markets. With headquarters in Charlotte, N.C., the firm maintains offices in New York City.  Visit www.gemini-re.com for more information.

**About Bridgeton Holdings**

Bridgeton Holdings is a private equity real estate investment firm focused on making equity and/or debt investments throughout the U.S. The firm currently owns and manages a portfolio of 48 properties located across eight states.