# EXHIBIT 27



**Contact:**
Dante Massaro
President & CEO
(704) 895-7845 Ext. 101
dmassaro@gemini-re.com

For Immediate Release

# Updated New York City Office Address for
# Gemini Real Estate Advisors

**New York, N.Y. (Feb. 9, 2015) –** Gemini Real Estate Advisors ("Gemini") is pleased to provide the new address for the Gemini New York City office. The address is as follows:

> Gemini Real Estate Advisors, LLC
> 1 Rockefeller Plaza, 33rd Floor
> New York, New York 10020

Effective immediately, all Capital Markets, Investor Relations and Marketing related deliverables should be directed to the above mailing instructions.

###