**From:** <brent.hall@ubs.com>
**Date:** December 18, 2014 at 9:10:47 PM EST
**To:** <WObeid@gemini-re.com>
**Subject: For sale**

Will,
I have been advised to stay out of the decisions being made by the Borrower. If Dante said that we told them to put the assets on the market it is simply not true.
Brent N. Hall
UBS Realty Investors LLC
Director - Asset Management
10 State House Square, 15th floor
Hartford, CT 06103-3604
Tel. 860-616 9064

brent.hall@ubs.com
------------------------
Sent from my BlackBerry Wireless Device
Visit our website at http://www.ubs.com

This message contains confidential information and is intended only
for the individual named. If you are not the named addressee you
should not disseminate, distribute or copy this e-mail. Please
notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system.

E-mails are not encrypted and cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. The sender
therefore does not accept liability for any errors or omissions in the
contents of this message which arise as a result of e-mail transmission.
If verification is required please request a hard-copy version. This
message is provided for informational purposes and should not be
construed as a solicitation or offer to buy or sell any securities
or related financial instruments.

UBS reserves the right to retain all messages. Messages are protected
and accessed only in legally justified cases.

PX 29
3/3/15

1