# EXHIBIT A

## Personal Telephone Calls

It is important to keep our telephone lines free for Investor calls. Although the occasional use of the company's telephones for a personal emergency may be necessary, routine personal calls are discouraged.

## Electronic Mail Monitoring

We recognize your need to be able to communicate efficiently with fellow employees and Investors. Therefore we have installed an internal electronic mail (e-mail) system to facilitate the transmittal of business-related information within the company and with our Investors.

The e-mail system is intended for business use only. The use of the company's e-mail system to solicit fellow employees or distribute non job-related information to fellow employees is strictly prohibited.

Our company's policies against sexual and other types of harassment apply fully to the e-mail system. Violations of those policies are not permitted and may result in disciplinary action, up to and including discharge. Therefore, employees are also prohibited from the display or transmission of sexually-explicit images, messages, ethnic slurs, racial epithets or anything that could be construed as harassment or disparaging to others.

Employees shall not use unauthorized codes or passwords to gain access to others' files.

6                                   01/08

All e-mail passwords must be made available to the company at all times. Please notify your supervisor if you need to change your password.

Violation of this policy may result in disciplinary action, up to and including discharge.

For business purposes, management reserves the right to enter, search and/or monitor the company's private e-mail system and the files/transmission of any employee without advance notice and consistent with applicable state and federal laws. Employees should expect that communications that they send and receive by the company's private e-mail system will be disclosed to management. Employees should not assume that communications that they send and receive by the company's private e-mail system are private or confidential.

## Voice Mail Monitoring

We recognize your need to be able to communicate efficiently with fellow employees and Investors. Therefore we have a voice mail system to facilitate the transmittal of business-related information within the company and with our Investors.

The voice mail system is intended for business use only. The use of the company's voice mail system to solicit fellow employees or distribute non job-related information to fellow employees is strictly prohibited.

4