# EXHIBIT B

From: Alexander Schmidt <aschmidt@madisonti.com>
Date: February 4, 2015 at 7:08:29 PM EST
To: Chris La Mack <CLaMack@gemini-re.com>, Dante Massaro <dmassaro@gemini-re.com>, Will Obeid <WObeid@gemini-re.com>
Subject: Network

Dear Chris, Dante and Will,

Over past few weeks our monitoring systems detected very high network activity on your systems. As it is not unusual to see usage to go high now and then, however we noticed that there was definite trend to your particular site. We correlated this activity to certain times where it would start and sustain itself until we would have to intervene as it was starting to affect not just you as a client but other clients of ours as well. Over the past few days the utilization of your Exchange Email server was so high that it crashed the transport services several times and forced our staff to stay afterhours and repair the system. At the same time we have taken precaution and throttled back some settings to prevent the system from being over utilized. During our investigation we determined the source and destination of the communication but at this time are waiting for final confirmation and deciding appropriate action when deemed necessary.
In addition, our investigation revealed that there was software installed on some of the Virtual Desktops that was not processed through our help desk and not tracked through our ticketing system. As per our agreement with you, we have strict guidelines as to what software gets installed on your Virtual Desktops. We are still investigating todays Virtual Desktops outage but we see there is clear correlation of unauthorized software installation and corruption of Virtual Desktop replica files rendering the system useless. We spent most of the day today recreating your Virtual Desktops and those should be ready by the time you read this email. We believe that your systems were either compromised from outside or someone maliciously is mining your data from inside. We verified internal security of the Active Directory and there are no faults there. Any feedback on the software installed would be greatly appreciated.

Regards,

**Alexander Schmidt**

**MADISON TECHNOLOGY**
575 Lexington Avenue, 4th FL
New York, NY 10022, USA

| | |
|---|---|
| Support: | +1 (212) 400-7550 x 4 |
| Direct: | +1 (212) 400-7550 x 1661 |
| Fax: | +1 (212) 898-0318 |
| Email: | aschmidt@madisonti.com |
| Site: | www.madisonti.com |