UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM T. OBEID, directly and derivatively on behalf of GEMINI REAL ESTATE ADVISORS LLC, et al.<br><br>                                 Plaintiff,<br><br>    v.<br><br>CHRISTOPHER LA MACK and DANTE MASSARO<br><br>                               Defendants,<br><br>    and<br><br>GEMINI REAL ESTATE ADVISORS LLC, et al.,<br><br>                               Nominal Defendants. | Index No. 14-cv-06498-LTS-MHD<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that Andrew B. Kratenstein hereby appears as counsel for interested parties Bridgeton Holdings, LLC and Atit Jariwala in the above-captioned action and for the purpose of being added to the list of ECF notice recipients. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         March 26, 2015

                                                **McDERMOTT WILL & EMERY LLP**

                                                By:  /s/ *Andrew B. Kratenstein*
                                                        Andrew B. Kratenstein

                                              340 Madison Avenue
                                              New York, New York 10173
                                              T: (212) 547-5400
                                              F: (212) 547-5444
                                              akratenstein@mwe.com

                                              *Attorneys for Bridgeton Holdings, LLC*
                                              *and Atit Jariwala*