UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM T. OBEID,

                Plaintiff,

-against-

CHRISTOPHER LA MACK et al.

                Defendants.

ORDER

14cv6498 (LTS)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that the conference scheduled in the above-captioned matter before the undersigned on **MONDAY, MAY 4, 2015** at **10:00 A.M.** will be devoted solely to hearing oral argument on plaintiff's Motion to Disqualify. Defendants' and interested parties' objections to discovery -- specifically, plaintiff's subpoenas of non-party witnesses for depositions -- will be heard at a subsequent conference on **MONDAY, MAY 11, 2015 at 3:00 P.M.** You are directed to appear at the appointed times in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by

1

reasonable efforts by the requesting party to obtain the consent

of those parties.


**Dated: New York, New York
       April 22, 2015**



SO ORDERED.


_____
**MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been sent today by fax to:

Alexander Dimitri Pencu, Esq.
Stephen Bruce Meister, Esq.
Remy Joanna Stocks, Esq.
Fax: 212-655-3536

Noreen Anne Kelly-Dynega, Esq.
Fax: 212 715-6290

Robert A. Muckenfuss, Esq.
Fax: 704-444-8707

Elizabeth M.Z. Timmermans, Esq.
Fax: 919-755-6595

Andrew Bennett Kratenstein, Esq.
Fax: (212) 547-5444

2