UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM T. OBEID, directly and derivatively on behalf of GEMINI REAL ESTATE ADVISORS LLC, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER LA MACK, DANTE MASSARO, BRIDGETON HOLDINGS, LLC, BRIDGETON HOTEL MANAGEMENT, LLC, BRIDGETON ACQUISITIONS, LLC, ATIT JARIWALA AND ELEVATION REAL ESTATE GROUP, LLC,<br><br>                    Defendants,<br><br>       and<br><br>GEMINI REAL ESTATE ADVISORS LLC, et al.,<br><br>                  Nominal Defendants. | No. 14-cv-06498-CM-SLC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

All parties in the above-captioned matter, by and through their respective undersigned counsel, hereby agree that this action shall be dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41, with each party to bear her, his, or its own costs and attorneys' fees and waiving all rights of appeal.

Dated:  New York, New York
          November 26, 2019

**MEISTER SEELIG & FEIN, LLP**

By: /s/ 
Alexander D. Pencu, Esq.
Christopher J. Major, Esq.
Remy J. Stocks, Esq.
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
adp@msf-law.com
cjm@msf-law.com
rjs@msf-law.com

*Attorneys for Plaintiff William T. Obeid, on his own behalf and derivatively on behalf of Gemini Real Estate Advisors, LLC*

**MCGUIREWOODS LLP**

By:_____
Robert A. Muckenfuss, Esq.
Elizabeth M.Z. Timmermans, Esq.
Locke Beatty, Esq.
201 North Tryon Street, Suite 2600
Charlotte, North Carolina 28202
Tel: (704) 343-2000
rmuckenfuss@mcguirewoods.com
eztimmermans@mcguirewoods.com
lbeatty@mcguirewoods.com

*Attorneys for Defendants Christopher La Mack, Dante Massaro and Elevation Real Estate Group, LLC*

**KASOWITZ BENSON TORRES LLP**

By:_____
Paul M. O'Connor III, Esq.
Seth A. Moskowitz, Esq.
Joshua N. Paul, Esq.
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
poconnor@kasowitz.com
smoskowitz@kasowitz.com
jpaul@kasowitz.com

*Attorneys for Defendants Bridgeton Holdings, LLC, Bridgeton Acquisitions, LLC, Bridgeton Hotel Management, LLC and Atit Jariwala.*

| | |
|---|---|
| **MEISTER SEELIG & FEIN, LLP** | **MCGUIREWOODS LLP** |

By:_____  
Alexander D. Pencu, Esq.  
Christopher J. Major, Esq.  
Remy J. Stocks, Esq.  
125 Park Avenue, 7th Floor  
New York, New York 10017  
Tel: (212) 655-3500  
adp@msf-law.com  
cjm@msf-law.com  
rjs@msf-law.com  

*Attorneys for Plaintiff William T. Obeid, on his own behalf and derivatively on behalf of Gemini Real Estate Advisors, LLC*

By:\_\_\_\_/s/ Eli T._____  
Robert A. Muckenfuss, Esq.  
Elizabeth M.Z. Timmermans, Esq.  
Locke Beatty, Esq.  
201 North Tryon Street, Suite 2600  
Charlotte, North Carolina 28202  
Tel: (704) 343-2000  
rmuckenfuss@mcguirewoods.com  
eztimmermans@mcguirewoods.com  
lbeatty@mcguirewoods.com  

*Attorneys for Defendants Christopher La Mack, Dante Massaro and Elevation Real Estate Group, LLC*

**KASOWITZ BENSON TORRES LLP**

By:_____  
Paul M. O'Connor III, Esq.  
Seth A. Moskowitz, Esq.  
Joshua N. Paul, Esq.  
1633 Broadway  
New York, New York 10019  
Tel: (212) 506-1700  
poconnor@kasowitz.com  
smoskowitz@kasowitz.com  
jpaul@kasowitz.com  

*Attorneys for Defendants Bridgeton Holdings, LLC, Bridgeton Acquisitions, LLC, Bridgeton Hotel Management, LLC and Atit Jariwala.*

2

| | |
|---|---|
| **MEISTER SEELIG & FEIN, LLP** | **MCGUIREWOODS LLP** |
| By:_____ | By:_____ |
| Alexander D. Pencu, Esq. | Robert A. Muckenfuss, Esq. |
| Christopher J. Major, Esq. | Elizabeth M.Z. Timmermans, Esq. |
| Remy J. Stocks, Esq. | Locke Beatty, Esq. |
| 125 Park Avenue, 7th Floor | 201 North Tryon Street, Suite 2600 |
| New York, New York 10017 | Charlotte, North Carolina 28202 |
| Tel: (212) 655-3500 | Tel: (704) 343-2000 |
| adp@msf-law.com | rmuckenfuss@mcguirewoods.com |
| cjm@msf-law.com | eztimmermans@mcguirewoods.com |
| rjs@msf-law.com | lbeatty@mcguirewoods.com |

*Attorneys for Plaintiff William T. Obeid, on his own behalf and derivatively on behalf of Gemini Real Estate Advisors, LLC*

*Attorneys for Defendants Christopher La Mack, Dante Massaro and Elevation Real Estate Group, LLC*

**KASOWITZ BENSON TORRES LLP**

By:_____
Paul M. O'Connor III, Esq.
Seth A. Moskowitz, Esq.
Joshua N. Paul, Esq.
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
poconnor@kasowitz.com
smoskowitz@kasowitz.com
jpaul@kasowitz.com

*Attorneys for Defendants Bridgeton Holdings, LLC, Bridgeton Acquisitions, LLC, Bridgeton Hotel Management, LLC and Atit Jariwala.*

2